UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re HUMPHREYS. | Case No. 21-cv-01955-HSG |
| | **ORDER OF DISMISSAL** |

On May 19, 2021, Plaintiff filed a letter with this Court, along with property receipts and a list of allegedly stolen property.  Dkt. Nos. 1, 2.  The Court construed the letter as an attempt to file a 42 U.S.C. § 1983 action.  Dkt. No. 3.  That same day, the Clerk of the Court informed Plaintiff that this action was deficient because he had not paid the filing fee and had not submitted his complaint on the proper form.  Dkt. Nos. 3, 4.  Plaintiff was instructed to respond within twenty-eight days of the date of the order.  Dkt. Nos. 3, 4.  The deadline has passed, and Plaintiff has neither paid the filing fee nor submitted a complaint on the proper form, or otherwise communicated with the Court.  The Court therefore DISMISSES this action without prejudice.  Because this dismissal is without prejudice, Plaintiff may move to reopen the action.  Any such motion must be accompanied by both a complaint on the proper form, and an *in forma pauperis* application on the proper form with the required supporting documents.  The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated:  April 27, 2021

HAYWOOD S. GILLIAM, JR.
United States District Judge