UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re HUMPHREYS. | Case No. 21-cv-01955-HSG |
| | **JUDGMENT** |

For the reasons set forth in the Order of Dismissal, this action is DISMISSED without prejudice.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:  April 27, 2021

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge